UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE RIGGIO,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>Defendant. | **2:20-CV-12819-TGB-EAS**<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 22)** |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's February 4, 2022 Report and Recommendation (ECF No. 22), recommending that the Defendant's Motion for Summary Judgment (ECF No. 21) be granted, the Plaintiff's Motion (ECF No. 17) be denied, and the findings of the Commissioner be affirmed.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report .

. . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of February 4, 2022, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation of February 4, 2022 (ECF No. 22) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.[1]

**SO ORDERED** this 28th day of February, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

---

[1] In addition to addressing the merits of the motions, the Report and Recommendation included a recommendation that Plaintiff's counsel Patrick Carmody be sanctioned and referred to the Chief Judge for disciplinary proceedings and to the Grievance Commission for investigation. Because this part of the Report and Recommendation is not strictly responsive to the pending motions, it is not being adopted with this Order, but is hereby taken under advisement.