UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE RIGGIO**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>　　　　Defendant. | **2:20-CV-12819-TGB-EAS** |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 22), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 21) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 17) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: February 28, 2022.

　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE