UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE RIGGIO,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>Defendant. | 2:20-CV-12819-TGB-EAS<br><br><br><br>**ORDER REGARDING SANCTIONS** |

    In this Social Security appeal, Magistrate Judge Elizabeth A. Stafford recommended that Plaintiff's attorney, Patrick Carmody, be sanctioned and referred for discipline to either the Chief Judge of the District or the Michigan Attorney Grievance Commission. ECF No. 22, PageID.7237-38. In response to her recommendation, and after having considered the "admonishments of nearly every magistrate judge in this district and at least one district judge" regarding his substandard briefing, *id.* at PageID.7247, the Court ordered Mr. Carmody to show cause why he should not be sanctioned for his conduct. ECF No. 25.

    Mr. Carmody timely responded to the Court's order, stating that he "has no excuse" for his failure to improve his briefing in Social Security

1

cases, and that he apologizes to the Court and "will not accept any further Appeals to the Federal Court in the area of Social Security Disability." ECF No. 26. Upon investigation, although he has been warned again regarding his briefing since the entry of this show cause response (*see Louden v. Commissioner,* Case No. 21-10027, ECF No. 25), Mr. Carmody has not taken on any new Social Security representations in this District. He is attorney of record in just two cases that are currently pending resolution. *See Cassell v. Social Security,* Case No. 21-11348; *Penner v. Commissioner of Social Security*, Case No. 21-12031.

The Court considers Mr. Carmody's self-imposed abstention from Social Security matters to be a sufficient sanction. No further action will be taken at this time.

**SO ORDERED** this 12th day of August, 2022.

                                BY THE COURT:

                                /s/Terrence G. Berg
                                TERRENCE G. BERG
                                United States District Judge